# EXHIBIT A

## ASSIGNMENT OF CLAIMS AND RIGHTS

This Assignment of Claims and Rights (the "Assignment") is made this ____ day of August 2023 by Yost Foods ("Yost") for the benefit of JarTrans Brokerage, LLC ("JarTrans") (each party is sometimes referred to herein as a "Party" or collectively referred to as the "Parties"):

In consideration of their mutual rights and obligations, Yost and JarTrans agree as follows:

1. Assignment. For value received and hereby acknowledged, Yost assigns, transfers, sets over, and conveys to JarTrans all of its rights, claims, causes of action, and suits of any kind or of any nature whatsoever, whether legal, equitable, administrative or otherwise, against Manif Logistics ("Manif") or its heirs, executors, administrators, successors and assigns, parent companies, subsidiaries, divisions, predecessors, affiliates, guarantors, other related companies, insurers, attorneys, directors, officers, employees, agents, and independent contractors to the extent that such claims, causes of action, or suits relate to cargo valued at $27,486.00, which cargo was damaged in transit while transported by Manif on or about May 30, 2023 (the "Shipment"). Yost further assigns, transfers, sets over, and conveys to JarTrans any and all monies recovered by Yost from any party after the execution of this Assignment, which relate to the freight charges related to the Shipment, whether collected pursuant to court order or otherwise, immediately upon receipt of such moneys.

2. Acceptance. JarTrans accepts the assignment, transfer, setting over, and conveyance described above in Paragraph 1.

3. Further Assurances. Yost shall cooperate with JarTrans and shall execute and deliver any additional endorsements, instruments, documents, or agreements reasonably necessary to effectuate the assignment contemplated by this Assignment.

4. Binding Effect. This Assignment shall be binding upon and inure to the benefit of both Parties hereto and their respective representatives, successors, and assigns.

5. IN WITNESS WHEREOF, Yost and JarTrans have executed this Assignment effective as of the day and year written above.

[SIGNATURE APPEAR ON THE NEXT PAGE]

15658415 v1

YOST FOODS

SIGNED: _____

BY: NATE PHILLIPS

ITS: WAREHOUSE SUPERVISOR


JARTRANS BROKERAGE, LLC

SIGNED: _____

BY: Todd Zufra

ITS: Partner


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]